**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | | |
|---|---|---|
| **ALLSTATE INSURANCE COMPANY** | * | |
| *Plaintiff,* | * | |
| v. | * | **CASE NO.:  1:15-cv-00963-JFM** |
| **JONATHAN HANCOCK,** *et al.* | * | |
| *Defendants.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR ENTRY OF DEFAULT**

Plaintiff Allstate Insurance Company ("Allstate"), by and through undersigned counsel and pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, hereby requests that the clerk enter default against Defendant Jonathan Hancock ("Hancock").  In support of this request, Allstate relies on the record in this case and the affidavit submitted herein.

Dated:  July 15, 2015                    Respectfully submitted,

                              */s/ Andrew M. Kerner*
                              Paul J. Weber (Bar No. 03570)
                              Andrew M. Kerner (Bar No. 18404)
                              HYATT & WEBER, P.A.
                              200 Westgate Circle, Suite 500
                              Annapolis, Maryland 21401
                              Phone:       (410) 266-0626
                              Facsimile:   (410) 841-5065
                              Email:       pweber@hwlaw.com
                              Email:       akerner@hwlaw.com

                              *Counsel for Plaintiff
                              Allstate Insurance Company*

{Weber Files/A5574/1229/00435494-}