IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| **ALLSTATE INSURANCE COMPANY** | * |
| *Plaintiff,* | * |
| v. | *   CASE NO.: 1:15-cv-00963-JFM |
| **JONATHAN HANCOCK**, *et al.* | * |
| *Defendants.* | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT

I, Andrew M. Kerner, being over 18 years of age, declare as follows:

1. I am counsel for Plaintiff Allstate Insurance Company in the above-entitled action and I am familiar with the file, records and pleadings in this matter.

2. The Complaint for Declaratory Judgment ("Complaint") and summons were filed on April 8, 2015.

3. Defendant Jonathan Hancock ("Hancock") was served with a copy of the Complaint with exhibits, summons, and Local Rule 103.3 disclosures on May 24, 2015, as reflected on the docket sheet by the proof of service filed on June 3, 2015. See ECF No. 5.

4. Hancock's Answer to the Complaint was due on June 15, 2015.

5. Hancock has failed to appear, plead or otherwise defend within the time allowed and, therefore, is now in default.

6. Allstate requests that the clerk of court enter default against Hancock.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 15, 2015

Andrew M. Kerner
*Counsel for Plaintiff*
*Allstate Insurance Company*

{Weber Files/A5574/1229/00435576-}