July 2015

To: United States District Court of Maryland

From: Jonathan David Hancock

Re: Case No: 1:15-cv-00963-JFM

Motion for Entry of Default

The defendant in the above case hereby request that the Motion of Default be denied.

The request is requested based on the following support in this case:

1) Defendant Jonathan Hancock did inform his Allstate Insurance agent Rick Ridgely that he was no longer residing at the location of 128 North Poppleton Street. He informed agent Ridgley that the house was no longer owner occupied and the he would be renting the property.

   Based on this information, agent Ridgley to change the insurance on the property from an owner occupied dwelling to a property being rented or leased.

2) Allstate insurance subsequently stilled billed Jonathan Hancock for the insurance cost and was paid for the insurance coverage thru the mortgage that was on the property.

3) Defendant Jonathan Hancock did submit a written response to the summons that was received on or about May 31, 2015.

4) Unfortunately, defendant Hancock read the summons but due to lack of adequate legal counsel was not aware that his appearance was necessary and there did not show in court.

Jonathan David Hancock