**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | | |
|---|---|---|
| **ALLSTATE INSURANCE COMPANY** | * | |
| *Plaintiff,* | * | |
| v. | * | CASE NO.:  1:15-cv-00963-JFM |
| **JONATHAN HANCOCK,** *et al.* | * | |
| *Defendants.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**REPLY IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT**

Plaintiff Allstate Insurance Company ("Allstate"), by and through undersigned counsel and pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, hereby requests that the clerk enter default against Defendant Jonathan Hancock ("Hancock") and, in support of this request, states as follows:

1. On or about July 15, 2015, Allstate filed a Motion for Entry of Default ("Motion") as a result of Hancock's failure to appear, plead, or otherwise defend against the claims asserted by Allstate in the above-captioned action.  ECF No. 9.

2. On or about July 24, 2015, Hancock filed an opposition to Allstate's Motion, which acknowledged Hancock was served with a copy of the Complaint for Declaratory Judgment with exhibits, summons, and Local Rule 103.3 disclosures in or around late May 2015. *See* ECF No. 10.

3. Hancock claims to have submitted a "written response to the summons" on or about May 31, 2015.  *See* ECF. No. 10.

4.     Upon information and belief, Allstate has not received any response from Hancock to its Complaint.

5.     To date, Hancock has not filed an answer or otherwise appeared to defend against the claims asserted by Allstate in the above-captioned action despite conceding service was effectuated.

WHEREFORE, Allstate respectfully requests that the clerk enter default against Defendant Jonathan Hancock for his failure to plead or otherwise defend in the above-captioned action.

Dated:  August 10, 2015            Respectfully submitted,

      */s/ Andrew M. Kerner*
Paul J. Weber (Bar No. 03570)
Andrew M. Kerner (Bar No. 18404)
HYATT & WEBER, P.A.
200 Westgate Circle, Suite 500
Annapolis, Maryland 21401
Phone:       (410) 266-0626
Facsimile:   (410) 841-5065
Email:       pweber@hwlaw.com
Email:       akerner@hwlaw.com

*Counsel for Plaintiff*
*Allstate Insurance Company*

{Weber Files/A5574/1229/00444042-}

**CERTIFICATE OF SERVICE**

      I hereby certify that Reply in Support of Motion for Entry of Default was electronically filed on this 10th day of August, 2015, with the Clerk of the Court using the CM/ECF System, which shall give notice of the electronic filing to and serve all counsel of record and was sent via United States Mail, postage prepaid, to the following:

Jonathan Hancock
7616 Cypress Street
Laurel, Maryland 20707

                                              */s/ Andrew M. Kerner*
                                                Andrew M. Kerner