UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

August 12, 2015

MEMO RE:  Allstate Insurance Co. v. Jonathan Hancock, et al.
Civil No. JFM-15-963

Dear Counsel:

Reference is made to document 10, a letter Mr. Hancock has sent to this court requesting that the motion for entry of default be denied.

It appears that under the circumstances the motion for entry of default should be denied. Further, it appears that in light of the fact that Mr. Hancock is appearing pro se, the most expeditious course to follow would be to treat his letter as an answer and enter a scheduling order.

Please advise me on or before August 26, 2015 as to whether you disagree with the denial of the motion for entry of default or treating Mr. Hancock's letter as an answer.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge