

ANDREW M. KERNER
(410) 266-0626
AKERNER@HWLAW.COM

August 19, 2015

**VIA FIRST CLASS MAIL**

Honorable Judge J. Frederick Motz
United States District Court
101 West Lombard Street
Baltimore, Maryland 21201

      RE:   *Allstate Insurance Co. v Jonathan Hancock, et al.*
            **Civil Action No. 1:15-cv-00963-JFM**

Dear Judge Motz:

    This firm represents Allstate Insurance Company ("Allstate"), in the above-referenced matter. In accordance with your Miscellaneous Correspondence dated August 12, 2015 (ECF Doc. No. 14), we submit this letter on Plaintiff's behalf.

    Allstate agrees with the Court's decision to deny its Motion for Entry of Default, and recognize Mr. Hancock's letter as an Answer to the Complaint filed in the above-captioned action as a *pro se* litigant. As such, Allstate respectfully request that the Court enter a scheduling order.

                          Very truly yours,

                          HYATT & WEBER, P.A.

                        */s/ Andrew M. Kerner*
                        Andrew M. Kerner

SEVERN BANK BUILDING
200 WESTGATE CIRCLE, SUITE 500
ANNAPOLIS, MARYLAND 21401
WWW.HWLAW.COM

ANNAPOLIS: 410-266-0626
BALTIMORE: 410-841-6899
WASHINGTON, D.C.: 301-261-8550
FAX: 410-841-5065

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing letter was electronically filed on this 19th day of August, 2015, with the Clerk of the Court using the CM/ECF System, which shall give notice of the electronic filing to and serve all counsel of record and was sent via United States Mail, postage prepaid, to the following:

Jonathan Hancock
7616 Cypress Street
Laurel, Maryland 20707

                                                */s/ Andrew M. Kerner*

                                                  Andrew M. Kerner

00445615