# CHASON, ROSNER, LEARY & MARSHALL, LLC

401 Washington Avenue, Suite 1100
Towson, Maryland  21204
(410) 494-3700
FAX (410) 583-7001
WWW.CRLMLAW.COM

James R. Chason
James F. Rosner
Francis X. Leary
Raymond L. Marshall *†
Dena M. Terra *
Erika Alsid Short
Matthew M. Somers
Daniel L. Rosenberg

Erika Alsid Short
Direct Dial (410) 494-3708
ESHORT@CRLMLAW.COM

\* *Also admitted in the District of Columbia*
† *Also admitted in Virginia*

August 25, 2015

The Honorable J. Frederick Motz
United States District Court
District of Maryland
101 West Lombard Street
Baltimore, Maryland  21201

Re:   Allstate Insurance Co. v. Jonathan Hancock, et al.
       Civil Case No.: JFM-15-963

Dear Judge Motz:

I represent Sylvia Hill, an interested party in this matter. Ms. Hill is the Plaintiff in a pending lead paint exposure suit in Baltimore City Circuit Court. The Defendant in this case, John Hancock, is also a Defendant in that suit. In accordance with your correspondence dated August 12, 2015 (ECF Doc. No. 14), I submit this letter on Ms. Hill's behalf. We agree that Mr. Hancock's letter should be recognized as an Answer to the Complaint filed by Allstate in the above-captioned action.

Should you require anything further, please do not hesitate to contact me.

Respectfully submitted,

Erika Alsid Short

EAS/bps
cc:   Paul J. Weber, Esquire
       Andrew M. Kerner, Esquire
       Jonathan Hancock